RANDAZZA LEGAL GROUP, PLLC
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Petitioner,*
*AMA Multimedia, LLC*

```
____FILED       ____RECEIVED
____ENTERED     ____SERVED ON
         COUNSEL/PARTIES OF RECORD

          DEC 2 3 2016

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```

## UNITED STATES DIST

### DISTRICT OF N  16-MS-105

IN RE: DMCA SECTION 512(H)
SUBPOENA TO BORJAN SOLUTIONS, S.L.

**AMA MULTIMEDIA, LLC'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h), TO IDENTIFY ALLEGED INFRINGERS**

Petitioner, AMA Multimedia, LLC ("AMA"), through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena on Borjan Solutions, S.L. ("Borjan Solutions") to identify alleged infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). The proposed DMCA subpoena is attached hereto as **Exhibit A**.

The DMCA Subpoena is directed to Borjan Solutions, the service provider for a number of websites to which the infringing parties posted content which infringes on the copyrights held by AMA (the "Infringing Content"). (See Declaration of Adam Silverman at ¶ 3.)

AMA has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

1. AMA has submitted a copy of notification required by 17 U.S.C. § 512(c)(3)(A), as *Exhibits 3-7* to the Silverman Declaration, submitted concurrently herewith;

2. AMA has submitted the proposed DMCA subpoena concurrently herewith; and

3. AMA has submitted a sworn declaration confirming that the purpose for which the DMCA Subpoena is sought is to obtain the identities of alleged infringers, and that such information will only be used for the purpose of protecting AMA's rights under 17 U.S.C § 512(h)(2).

Because AMA has complied with the statutory requirements, AMA respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned counsel for service on the subpoena recipient.

Executed on Dec. 23, 2016.                    Respectfully Submitted,

Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147