

Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS046942
Cashier ID: rtanker
Transaction Date: 12/23/2016
Payer Name: Randazza Legal Group

MISCELLANEOUS PAPERS
For: Randazza Legal Group
Amount:          $47.00

CHECK/MONEY ORDER
Remitter: Randazza Legal Group
Check/Money Order Num: 1203
Amt Tendered: $47.00

Total Due:       $47.00
Total Tendered: $47.00
Change Amt:       $0.00

16ms105

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged.  A $53 fee will be charged for a returned check."