# **EXHIBIT 3**

Letter from Matthew Shayefar
dated January 15, 2017
(without enclosures)

# BOSTON LAW GROUP, PC
### ATTORNEYS AT LAW

Main (617) 928-1800  825 BEACON STREET, SUITE 20  Fax (617) 928-1802
NEWTON CENTRE, MASSACHUSETTS 02459

**Via Email**

January 15, 2017

Randazza Legal Group, PLLC
4035 S. El Capital Way
Las Vegas, Nevada 89147
ecf@randazza.com

      Re:    In Re: DMCA Subpoena to Borjan Solutions, S.L.
              U.S.D.C. District of Nevada, Case No. 16-MS-105

Dear Counsel,

     Please recall that this law firm represents Borjan Solutions S.L. ("BSSL"). We are in receipt of your subpoena pursuant to 17 U.S.C. § 512(h) dated December 23, 2016 requesting information about the individuals who caused videos to be uploaded to BSSL's websites, the URLs of which were included with the subpoena. A copy of that subpoena is attached hereto for reference as <u>Exhibit 1</u>.

     Please be advised that BSSL is not a United States entity, is not subject to personal jurisdiction in the United States and is not subject to United States law. Therefore, BSSL is not obligated to respond to the subpoena pursuant to the laws of the United States. However, as a courtesy, and in the interest of cooperating with United States intellectual property owners, and in accordance with Section 3.3 of the Settlement Agreement and Mutual Release between BSSL and SSC Group, LLC d/b/a Porn Pros, BSSL responds to the subpoena without subjecting itself to the personal jurisdiction in or the law of the United States.

     BSSL makes specific reference to Section 3.3 of the Settlement Agreement and Mutual Release, which states, in relevant part, that BSSL's response to the subpoena "shall not constitute a waiver or consent to personal jurisdiction of any U.S. state or federal court" and that BSSL's response to the subpoena "shall be inadmissible in any legal proceedings by PornPros against Respondents, for the purpose of establishing the existence of personal jurisdiction."

     Attached hereto as <u>Exhibit 2</u> is information from BSSL in response to the subpoena.

     Should you have any questions, comments or concerns, you may contact me directly at 617-928-1806 or at matt@bostonlawgroup.com.

                                                  Very Truly Yours,
                                                  /s/ Matthew Shayefar, Esq.