RANDAZZA LEGAL GROUP, PLLC
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Petitioner,*
*AMA Multimedia, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: DMCA SECTION 512(H) SUBPOENA TO BORJAN SOLUTIONS, S.L. | Case No.: 2:16-cv-03006-JAD-GWF<br><br>**DECLARATION OF TREY A. ROTHELL** |

I, TREY A. ROTHELL, declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty.

2. I am employed as a paralegal for Randazza Legal Group, PLLC.

3. I have first-hand knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

4. This Declaration is made in support of the Motion to Vacate Order Dated September 27, 2017 (hereafter, "Motion to Vacate"), filed herewith.

5. On December 23, 2017, I arranged for a courier to deliver AMA Multimedia, LLC's Request for Issuance of Subpoena to the Clerk of Court for the District of Nevada, along with a proposed subpoena, declaration of Adam Silverman, civil cover sheet, and a check for the filing fee.

6. The Request for Issuance of Subpoena, as submitted, is docketed as ECF No. 1 in this matter.

7. A true and correct copy of the proposed subpoena, as submitted to the Clerk of Court is attached to the Motion to Vacate as **Exhibit 1**.

8. A true and correct copy of the subpoena as issued by the Clerk of Court is attached to the Motion to Vacate as **Exhibit 2**.

9. On January 15, 2017, Borjan Solutions, S.L., through counsel, responded to the subpoena at issue. A true and correct copy of the letter from Borjan Solutions, S.L.'s attorney conveying the responsive documents is attached to the Motion to Vacate as **Exhibit 3**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of September 2017 at Las Vegas, Nevada.

_____
Trey A. Rothell

- 2 -
Declaration of Trey A. Rothell
2:16-cv-03006-JAD-GWF