# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN RE:

DMCA SECTION 512(H)
SUBPOENA TO BORJAN SOLUTIONS, S.L

Case No. 2:16-cv-03006-JAD-GWF

**ORDER**

This matter is before the Court on Petitioner's Request for Issuance of Subpoena (ECF No. 1), filed on December 23, 2016. Also before the Court is Petitioner's Motion to Vacate Order (ECF No. 4), filed September 29, 2017.

On December 23, 2016, Petitioner AMA Multimedia, LLC ("AMA") filed its Request for Issuance of Subpoena. ECF No. 1. On September 27, 2017, the Court denied Petitioner's request without prejudice for failure to attach a proposed subpoena as required by 17 U.S.C § 512. § 512(h) of the DMCA provides that "a copyright owner or person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer." The request may be made by filing "(A) a copy of a notification described in subsection (c) (3)(A); (B) a proposed subpoena; and (c) a sworn declaration to the effect that the purpose for which the subpoena is sought to obtain the identity of an alleged infringer and that such information will only be used for protecting the rights under this title."

Petitioner filed with the court, as required by § 512(h)(2), notifications that it provided to Borjan Solutions, an internet service provider, through a removal form installed on its website. *See* ECF No. 1, pgs 30-38. Petitioner also attached a declaration of Adam Silverman, a managing member of AMA, stating that the purpose of the subpoena is to identify alleged infringers and such information will only be used for the purposes of protecting AMA's rights under 17 U.S.C. § 100.

Petitioner represents that it attached a proposed subpoena to the manually filed motion and the Clerk of the Court executed the proposed subpoena. Subsequently, Petitioner served the subpoena upon the recipient, who then responded. *See Motion to Vacate Order* (ECF No. 4), Exhibits 2, 3. Petitioner's Request for Issuance of Subpoena (ECF No. 1) is, therefore, granted. Further, the Court grants Petitioner's Motion to Vacate Order and instructs the Clerk of the Court to vacate the Order (ECF No. 3) as moot. Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Request for Issuance of Subpoena (ECF No. 1) and Motion to Vacate Order (ECF No. 4) are **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall vacate the Order (ECF No. 3), issued on September 27, 2017.

DATED this 2nd day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge